# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to: *Cases Listed on Exhibit A* | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge dated October 26, 2021, ECF No. 359 (Master Docket), recommending the grant of summary judgment in each case listed on Exhibit A pursuant to the Master Benefits Settlement Agreement ("MSA") and the Plaintiffs' election of a workers' compensation remedy. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed in any listed case.

Having fully reviewed the Report and Recommendation and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly:

1. The Report and Recommendation of the Magistrate Judge dated October 26, 2021, ECF No. 359 (Master Docket), is **ADOPTED** and incorporated by reference in this Order.

2. Defendant BP's Motion for Summary Judgment Based on Election of Remedies Under the MSA, ECF No. 320 (Master Docket), is **GRANTED**.

3. The Clerk is directed to enter a copy of this Order and Exhibit A in each case listed on Exhibit A, enter judgment accordingly in each case, and close the files. Costs to be taxed against the Plaintiff in each case.

**DONE AND ORDERED** this 13th day of December 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**